IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02234-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.   Failure to include this number
  may result in a delay in the consideration of your claims.**)

JOHN R. STASZAK,

      Applicant,

v.

DAVID m. ZUPAN, CTCF Warden,
CYNTHIA COFFMAN, Attorney General of the State of Colorado,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant, a Colorado state prisoner, has filed, *pro se*, an Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) and a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has

determined that the IFP motion is deficient.   Applicant will be directed to cure the

following if he wishes to pursue his claims.   Any papers that Applicant files in response to

this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ____     is not submitted
(2)   ____     is missing affidavit
(3)   ____     is missing certified copy of prisoner's trust fund statement for the
                    6-monthperiod immediately preceding this filing
(4)   ____     is missing certificate showing current balance in prison account
(5)   ____     is missing required financial information
(6)   ____     is missing authorization to calculate and disburse filing fee payments
(7)   ____     is missing an original signature by the prisoner

(8) ___ is not on proper form (must use the court's current form)
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: **Submitted inmate account statement is not certified by the appropriate prison official**.

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) ___ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other: _____.

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty (30) days from the date of this order**.   Any papers that Applicant files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Applicant shall obtain the court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   Applicant shall use the court-approved form in curing the deficiency noted above.   It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED October 13, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge